83,046-01

Court of Criminal Appeals
P.O. Box 12308 Capitel Station
Austin, TX. 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 19 2015

RE: update                     DATE: 11-16-15

TO: CLERK ABEL ACOSTA Abel Acosta, Clerk

    I AM WRiTTing This Short NOTE REQUESTing Any Documents That HAVE Been filed After OCTOBER 1, 2015....

    Is There An update on my CASE?? HAS THE (CCA) VOTED on my WRITT of HABEAUS Corpus 11.07....

    If NOThing HAS Been done on my CASE CAN you pleASE tell me why $ WHAt CAN i do to SPEED up THE process... If i CAN.

    THANK you for your time AND PATIENCE.

        REspectfully Submitted,

        Christopher A. ESTRADA
        P.O. Box 620
        Bloomington, TX
            77951